JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE PETER EMANUEL KVASSAY, Debtor. | Case № 2:13-cv-08380-ODW |
| PETER EMANUEL KVASSAY, Appellant, v. ROBERT KVASSAY; RUSSAKOW, GREENE AND TAN, LLP, Appellees. | Bankruptcy Case № 2:13-bk-40267-PC Adversary Case № 2:13-ap-01852-PC **JUDGMENT FOR APPELLEES** |

In light of the findings of fact and conclusions of law contained in the Court's July 31, 2014 Order Affirming Bankruptcy Court's Decision Dismissing Adversary Complaint Without Leave to Amend (ECF No. 23), the Court **ORDERS** the Clerk of Court to enter judgment as follows:

 1. Judgment for APPELLEES ROBERT KVASSAY and RUSSAKOW, GREENE AND TAN, LLP and against APPELLANT PETER EMANUEL KVASSAY;

 2. The Court **AFFIRMS** the United States Bankruptcy Court for the Central District of California's Order Granting Defendants' Amended Motion to Dismiss

/ / /

Complaint Without Leave to Amend in *Kvassay v. Kvassay*, No. 2:13-ap-01852-PC (Bankr. C.D. Cal. Oct. 25, 2013);

  3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 31, 2014

                _____
                   **OTIS D. WRIGHT, II**
               **UNITED STATES DISTRICT JUDGE**